FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2010 JUL 20  AM 9: 10

CLERK_____
SO. DIST. OF GA.

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION**

NELSON HENRY JAMES,  :

      Plaintiff,  :

    v.  :  CIVIL ACTION NO.: CV609-085

LISA BOZMAN; TOM KING; MEDICAL  :
STAFF GEORGIA STATE PRISON;  :
BURT LANIER; and BRIAN OWENS,  :

      Defendants.  :

## O R D E R

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against Defendants Brian Owens and Georgia State Prison-Medical Staff are **DISMISSED.**

**SO ORDERED**, this *20* day of ____*July*____, 2010.

_____
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA