IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

NELSON HENRY JAMES,

    Plaintiff,

v.                                           CIVIL ACTION NO.: CV609-085

LISA BOZMAN; TOM KING; and
BURT LANIER,

    Defendants.

## ORDER

Plaintiff, an inmate presently incarcerated at Johnson State Prison in Wrightsville, Georgia, filed the captioned action *pro se*. As Plaintiff appeared to be indigent, he was allowed to proceed *in forma pauperis* by Order dated April 13, 2010. Because the U.S. Marshal was unable to serve the Defendants with the Complaint at the address provided by the Plaintiff, by Order dated January 11, 2011, Plaintiff was directed to provide the Court by February 1, 2011, with adequate addresses at which Lisa Bozman, Tom King, and Burt Lanier can be served. He was advised that his failure to respond to that Order might result in the dismissal of this action without prejudice. Plaintiff has failed to respond to the January 11, 2011, Order. Accordingly, the complaint is **DISMISSED** without prejudice.

**SO ORDERED**, this 2nd day of March, 2011.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)