UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

NELSON H. JAMES,

Plaintiff,

v.  6:09-cv-85

LISA BOZMAN, *et al.*,

Defendants.

## ORDER

Plaintiff Nelson Henry James ("James") filed a complaint against Defendants Lisa Bozman, Tom King, the medical staff of Georgia State Prison, Burt Lanier and Brian Owens, for failure to provide him with prescribed medication and for failure to address various other medical complaints. *See* Doc. 1. The Court dismissed Defendants Brian Owens and the medical staff of Georgia State Prison. *See* Doc. 13 (Magistrate Judge's report and recommendation, recommending dismissal); Doc. 16 (order adopting report and recommendation).

In an order dated January 11, 2011, the Magistrate Judge directed James to provide addresses for Defendants Lisa Bozman, Tom King and Burt Lanier, because the United States Marshal Service was unable to serve the Defendants at the address James initially provided. *See* Doc. 22 at 1. James was cautioned that failure to provide the information within twenty-one (21) days of the order may result in dismissal of the case without prejudice. *See id.* at 2.

James has moved for entry of default twice. *See* Docs. 17 and 23. The Magistrate Judge denied both motions because the Defendants against whom James requested default judgment had not been served. *See* Docs. 18 and 24.

The Court dismissed the case without prejudice on March 2, 2011, for James's failure to timely respond to the January 11, 2011 order directing him to provide valid addresses for the Defendants. *See* Doc. 25.

James has now filed "Plaintiff [sic] Motion for Court to Re-open the Aboved [sic] case and Filed [sic] this Motion for Reconsideration and Motion to Amended [sic] Party's [sic] to the Aboved [sic] Caption Due to Extraordinary Circumstance [sic] Beyond Plaintiff [sic] Control." Doc. 27.

In his motion, James claims that he was unable to respond to the Court's order because "in the month of January . . . Plaintiff was hospitalized" and upon release, was on "heavy medication" and "in a confusion [sic] state." *See id.* at 2. He alleges that he was not returned to Johnson State Prison until March 16, 2011. *See id.* at 5.

Even assuming that James was unable to respond to the Court's order until March 16, 2011, he has provided no explanation for his failure to respond in the nearly two months that have elapsed since that date. In addition, James's current filing still does not provide the Court with the information it ordered James to provide.

"A district court need not tolerate defiance of reasonable orders." *Equity Lifestyle Props., Inc. v. Fla. Mowing and*

*Landscape Serv., Inc.*, 556 F.3d 1232, 1241 (11th Cir. 2009). James's case was properly dismissed, without prejudice, and his motion to reopen, *see* Doc. 27, is ***DENIED.***

This 12th day of May 2011.

/s/ B. Avant Edenfield
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA